[No. 54671-6-I. Division One. November 6, 2006.]

PAULINE TSAO ET AL., *Appellants*, v. ETHAN WIDGER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-24361-4, Douglas D. McBroom, J., entered May 14 and July 1, 2004. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Cox and Dwyer, JJ.

[No. 55216-3-I. Division One. November 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN MICHAEL ROBERTSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07362-4, Nicole MacInnes, J., entered November 3, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Ellington, JJ.

[No. 55446-8-I. Division One. November 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMIE DESHAWN MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-10008-7, Nicole MacInnes, J., entered December 10, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55900-1-I. Division One. November 6, 2006.]

DANNY L. KIRKPATRICK ET AL., *Appellants*, v. ARTHUR CHEFF ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Snohomish County, Nos. 01-2-01965-0 and 01-2-02386-0, Larry E. McKeeman, J., entered February 7, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Coleman and Ellington, JJ.